UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Number: |
| v. : | |
| : | VIOLATION: 18 U.S.C. §1001 |
| BRYAN BEHRINGER : | |
| : | (False Statements) |
| : | |
| : | |

INFORMATION

The United States Attorney charges:

COUNT ONE

On or about January 26, 2006, defendant BRYAN BEHRINGER, while in the Eastern District of Wisconsin, knowingly and willfully made a materially false, fictitious, and fraudulent statement regarding a matter within the jurisdiction of the Government of the United States, and affecting an investigation regarding illegal acts committed in the District of Columbia, in that defendant BRYAN BEHRINGER told an agent of the Federal Bureau of Investigation, an executive agency of the Government of the United States, that a fellow Deputy United States Marshal, Stephen Cook, did not use excessive force against inmate Omar Hunter at the Superior Court of the District of Columbia on or about August 30, 2005. At the time Defendant BRYAN BEHRINGER made this statement, he knew it to be false.

**(False Statements to the Government of the United States**, in violation
of Title 18, United States Code, Section 1001)

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia
Bar No. 498610

By: _____
John Cummings
Member Maryland Bar
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7561


_____
C. Douglas Kern
Ohio # 0072864
Trial Attorney
United States Department of Justice
Civil Rights Division, Criminal Section
601 D St. NW
Washington, DC 20004
(202) 514-3204