UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :          CRIMINAL NO. _____
                                  :
          v.                      :
                                  :
BRYAN BEHRINGER                   :
                                  :
          Defendant.

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above captioned matter is assigned to Assistant

United States Attorney John Cummings, a Member of the Maryland Bar, telephone number

(202) 514-7561 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____
John Cummings
ASSISTANT UNITED STATES ATTORNEY
Member Maryland Bar
555 4th Street, N.W., Room 4838
Washington, DC 20530
(202) 514-7561

CERTIFICATE OF SERVICE

No Defense Counsel has entered an appearance in this case.

_____
John Cummings
ASSISTANT UNITED STATES ATTORNEY