UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Criminal No. 07-164 (ESH)** |
| v. | : | **(Magistrate Judge John M. Facciola)** |
| | : | <u>UNDER SEAL</u> |
| **BRYAN BEHRINGER** | : | |

* * * * *

FILED

SEP - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### <u>DEFENDANTS'     CONSENT MOTION REQUESTING THAT PLEA HEARINGS BE CONDUCTED IN CHAMBERS</u>

Defendants Bryan Behringer                                     by and through undersigned counsel, hereby respectfully move the Court to conduct the plea hearing in chambers and outside the presence of deputy United States Marshals. In support of this motion, Defendants state as follows:

1.   Defendants are scheduled to enter a plea of guilty to one count of making a false statement to a federal official. The plea hearings are scheduled before the Court on September 14, 2007.

2.   Defendants are Deputy United States Marshals ("DUSM"). The allegations against Defendants are in relevant part that they made false statements to protect DUSM Stephen Cook, who had been accused of using excessive force against a prisoner. Cook has since been charged in a seven count indictment alleging, *inter alia*, Deprivation of Civil Rights, False Statements, Conspiracy and Witness Tampering. The Witness Tampering counts

stem in part from Cook's attempts to influence Defendants' testimony.

3.  Pursuant to their respective plea agreements, Defendants have agreed to cooperate with the government against Cook. Upon government motion, the Court sealed Defendants' cases so as to not make their cooperation known to the general public.

4.  According to AUSA Cummings, there were approximately one hundred DUSMs present for Cook's arraignment before Judge Huvelle as a show of support for Cook. Cook is also believed to have many friends and supporters throughout the Marshal Service.

5.  Typically in sealed cases, the public is kept out of the courtroom. However, court staff and DUSMS are allowed to be present. As a result of Cook's prior attempts to influence Defendants' testimony and the widespread support shown by DUSMs for Cook, Defendants have serious concerns for their safety should it be made public that they are cooperating against Cook. In particular, Defendants are very concerned that knowledge of their cooperation will spread throughout the Marshals Service and that harm could come to them or their families as a result.

6.  Due to this very real concern, Defendants respectfully requests that the Court take his plea *in camera* with a court reporter, outside the presence and without the knowledge of the Marshals Service. DUSMs are posted in courtrooms to provide security. Mr. Behringer himself is still an DUSM, is pleading to a non-violent offense, and has no history of violence. Additionally, he will not be armed when appearing before the Court. Therefore, the presence of courtroom DUSMs should not be required.

7.  Counsel has conferred with AUSA John Cummings regarding this motion and the government supports it.

WHEREFORE, for the foregoing reasons and any that may become apparent to the Court, Defendants respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
September 5, 2007

Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By: _____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001

*Counsel for Defendant Bryan Behringer*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September 2007, I caused a true and correct copy of the foregoing Defendants' Joint Consent Motion Requesting that Plea Hearing be Held In Chambers to be delivered via Electronic Case Filing to:

John Cummings, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, N.W.
Washington, DC 20001

_____
A. Eduardo Balarezo