UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES : 
: Criminal No. 07-164 (ESH)
v. : (Magistrate Judge John M. Facciola)
: <u>UNDER SEAL</u>
BRYAN BEHRINGER :

\* \* \* \* \* \*

FILED

SEP 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This matter comes before the Court upon Defendants' Joint Consent Motion Requesting that Plea Hearing be Held in Chambers. For good cause shown, it is this 10 Day of _Sept_ 2007, hereby

**ORDERED**, that Defendants' Motion is hereby **GRANTED**; and it is further

**ORDERED**, that the plea hearings scheduled for September 14, 2007, before the Court, shall be conducted in chambers in the presence of a court reporter; and it is further

**ORDERED**, that the United States Marshal's Service not be informed of this hearing and not be requested to provide security staff for the plea hearing.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

5