UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

_Bryan Behringer_,
Defendant

CR No. 67-164

SEALED

## CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE FOR INQUIRY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 11

The United States Magistrate Judge has explained to me that I am charged with a felony and that the Magistrate Judge, with my consent, may report and recommend that my plea of guilty to a felony be accepted. I hereby consent to the Magistrate Judge exercising this authority in my case

## WAIVER OF RIGHT TO TRIAL BY JURY

The Magistrate Judge has advised me of my right to trial by jury.

I HEREBY Waive (give up) my right to trial by jury   _____
                                                      Defendant's signature

Consented to by the United States:   _AUSA_ _____
                                     Signature of Government Counsel

_AUSA John Cummings_
Print Name and Title

## REPORT AND RECOMMENDATION

On _September 14, 2007_ (date) the defendant appeared before me and expressed his/her desire to plead guilty  Having made the inquires required by Fed. R Crim P 11 I am convinced that the defendant is pleading guilty voluntarily with a full awareness of the consequences and of the rights he/she is surrendering by plead of guilty. I am also certain, based on the government's proffer, that there is sufficient evidence to convince a reasonable person that the defendant is guilty beyond a reasonable doubt  I therefore recommend the acceptance of his plea of guilty

_John M Facciola_
United States Magistrate Judge