AO 455 (Rev 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____ SEALED

| UNITED STATES OF AMERICA | |
| V. | WAIVER OF INDICTMENT |

Bryan Behringer

CASE NUMBER: 07-164

I, Bryan Behringer, the above named defendant, who is accused of

**FILED**

SEP 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9/14/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer