SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. O7-164 (ESH) |
| : | |
| BRYAN BEHRINGER : | FILED |
| : | |
| Defendant. : | SEP 1 4 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this 14th day of September, 2007, ORDERED:

3. That if the defendant is released on bond that he or she is accompanied within forty-eight (48) hours by Federal Bureau of Investigations Special Agent Jay Greenberg, or his designee, to the Washington Field Office of the Federal Bureau of Investigations, to the Central Cell Block of the Metropolitan Police Department, and to the Federal Bureau of Investigation for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of Federal Bureau of Investigations Special Agent Jay Greenberg, or his designee, for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Magistrate Judge John M. Facciola
United States District Court
For the District of Columbia