UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-164 (EHS)** |
| | : | **Judge Ellen S. Huvelle** |
| v. | : | <u>UNDER SEAL</u> |
| | : | |
| **BRYAN BEHRINGER** | : | |

### GOVERNMENT'S MOTION TO UNSEAL THE PLEA AGREEMENT AND PLEA PROCEEDINGS FOR A LIMITED PURPOSE AND REQUEST FOR A PROTECTIVE ORDER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to unseal the plea, plea proceedings, and plea agreement, for the limited purpose of complying with the government's discovery obligations in anticipation of trial. In support of this motion, the government hereby states:

1. On or about June 26, 2007, the government filed Informations in the above-captioned matters along with copies of the plea agreements for each defendant, and corresponding motions to seal the plea agreements and plea proceedings. To the best of the government's knowledge and belief, the Court granted the government's motions to seal the proceedings in these matters.

2. On September 14, 2007, Deputy United States Marshals Bryan Behringer and Michael Sharpstene appeared before Magistrate Judge John M. Facciola and each pled guilty to violating 18 U.S.C. §1001. Pursuant to the written plea agreements in these matters, both defendants have agreed to cooperate in the prosecution of a fellow Deputy United States Marshal, Stephen Cook. Trial in the Cook matter, <u>United States v. Stephen Cook</u>, 07-192 (EHS), is scheduled to commence on October 23, 2007.

3. In order to comply with the government's discovery obligations in the Cook case, the government needs to provide to Stephen Cook and his attorneys copies of the plea agreements and transcripts of the plea proceedings for defendants Behringer and Sharpstene.

4. While the defendant and his attorneys are entitled to examine the plea agreements and transcripts of the plea proceedings in order to prepare for trial, that right does not extend to third parties. Accordingly, it is the government's requested that this Court lift the sealing order for the limited purpose of providing copies of the plea agreements and transcripts of the plea proceedings to Defendant Stephen Cook and his attorneys, and that the Court issue a protective order precluding the defendant and his attorneys from distributing copies of the plea agreements, transcripts of the plea proceedings, or information derived from the plea agreements and plea proceedings, to any third party.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR.
United States Attorney
Bar No. 498610

By:    John Cummings
Member Maryland Bar
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-164 (EHS)** |
| | : | **Judge Ellen S. Huvelle** |
| v. | : | <u>**UNDER SEAL**</u> |
| | : | |
| **BRYAN BEHRINGER** | : | |
| | ************ | |
| | : | |
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-165 (EHS)** |
| | : | **Judge Ellen S. Huvelle** |
| v. | : | <u>**UNDER SEAL**</u> |
| | : | |
| | : | |
| **MICHAEL SHARPSTENE** | : | |
| | : | |

## ORDER

Based on the representations in the government's motion, and this Court's previous findings of facts sealing these matters, it is this _____ day of _____, 2007 hereby:

ORDERED, that the government shall be permitted to request a transcript of the plea proceedings in this case. The Court Reporter shall be permitted to prepare such a transcript and provide it to the government.

ORDERED that the plea agreements in the above-captioned matters, and the transcripts of the plea proceedings, are hereby unsealed for the limited purpose of providing copies of the plea agreements and transcripts of the plea proceedings to the defendant and his attorneys to prepare for trial.

ORDERED, that except as set for in the provisions of this Order, these matters shall remain sealed pending further order of this Court.

ORDERED that the defendant and his attorneys shall not distribute copies of the plea agreements, copies of the plea proceeding transcripts, or information derived from the plea agreements or the plea proceedings to any third party without an express written order from this Court.

_____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

John Cummings
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

William B. Moffit, Esq.
Pleasant Brodnax, Esq.
The Mills Building, Suite 400
1700 Pennsylvania Ave., N.W.
Washington, D.C.,  20006