UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-164 (EHS)** |
| | : | **Judge Ellen S. Huvelle** |
| v. | : | <u>UNDER SEAL</u> |
| | : | |
| **BRYAN BEHRINGER** | : | |

<u>NOTICE OF FILING AND NOTICE OF CHANGE OF PHONE NUMBER</u>

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits the attached Certificate of Service for its pleading entitled Government's Motion to Unseal the Plea Agreement and Plea Proceedings for a Limited Purpose and Request for a Protective Order, that was filed with the Court on September 25th, 2007.

Also please take notice that the phone number for the Attorney for the Government, John Cummings, is (202) 514-7561.

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR.
                                              United States Attorney
                                              Bar No. 498610


By:    _____
         John Cummings
         Member Maryland Bar
         Assistant United States Attorney
         555 4th Street, N.W.
         Washington, D.C. 20530
         (202) 514-7561

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 26th day of September, 2007, a copy of the Government's Motion to Unseal the Plea Agreement and Plea Proceedings for a Limited Purpose and Request for a Protective Order that was filed with the Court on September 25th, 2007, was sent via facsimile and first class mail, postage prepaid, to counsel for Defendant Bryan Behringer, A. Eduardo Balarezo, Esq., 400 Fifth Street, N.W., Suite 3001A, Washington, D.C. 20001.

John Cummings
Assistant United States Attorney