UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 0 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 07-164 (ESH) <br> ) UNDER SEAL |
| BRYAN BEHRINGER, | ) |
| Defendant. | ) |

### ORDER

In a hearing before Magistrate Judge John M. Facciola on September 14, 2007, defendant entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

*/s/ Ellen S. Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 1, 2007