**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | **Criminal No. 07-164 (ESH)** |
| *v.* | : | Sentencing Date: 4/18/08 |
| | : | |
| **BRYAN BEHRINGER** | : | <u>**UNDER SEAL**</u> |

### <u>DEFENDANT'S CONSENT MOTION TO CONTINUE SENTENCING HEARING</u>

Defendant Bryan Behringer, by and through undersigned counsel, hereby respectfully moves the Court to continue the sentencing hearing in this case. In support of this motion, Defendants state as follows:

1. Defendant is scheduled to be sentenced by the Court on April 18, 2008. After the date was set, counsel learned from Defendant that he has secured new employment and must participate in mandatory employment-related training in Texas from April 15 – 28, 2008. The training sessions are offered every 6-8 months and Defendant must undergo such training to be able to maintain his employment.

2. Defendant respectfully requests that the current sentencing date be vacated and rescheduled to sometime after April 24. Counsel informs the Court the he is scheduled to begin a 6 week conspiracy trial in United States District Court in Greenbelt on April 22, 2008 and is not sure what dates during the week he will be available to appear for sentencing. In any event, counsel is also scheduled to begin a trial before this Court on June 16 and will appear before the Court for several weeks thereafter.

3. Counsel has conferred with AUSA John Cummings regarding this motion and the government does not object.

**WHEREFORE**, for the foregoing reasons and any that may become apparent to the Court, Defendant respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
       February 1, 2008                    Respectfully submitted,

                                           **LAW OFFICE OF A. EDUARDO BALAREZO**


                              By:          _____
                                           A. Eduardo Balarezo (Bar # 462659)
                                           400 Fifth Street, NW
                                           Suite 300
                                           Washington, DC  20001

                                           *Counsel for Defendant Bryan Behringer*

**CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that on this 1st day of February 2008, I caused a true and correct copy of the foregoing Defendants' Consent Motion to Continue Sentencing Hearing to be delivered via E-Mail to:

    John Cummings, Esq.
    Assistant United States Attorney
    Office of the United States Attorney for the District of Columbia
    555 Fourth Street, N.W.
    Washington, DC 20001

_____
A. Eduardo Balarezo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| *v.* | : | **Criminal No. 07-164 (ESH)** |
| | : | |
| **BRYAN BEHRINGER** | : | **UNDER SEAL** |

# ORDER

This matter comes before the Court upon Defendant's Consent Motion to Continue Sentencing Hearing. For good cause shown, it is this ___ day of _____ 2008, hereby

**ORDERED**, that Defendant's Motion is hereby **GRANTED**; and it is further

**ORDERED**, that the sentencing hearing scheduled for April 18, 2008, before the Court, is hereby **VACATED**; and it is further

**ORDERED**, that the new sentencing hearing shall be held on _____ 2008.

_____
**ELLEN S. HUVELLE**
**UNITED STATES DISTRICT JUDGE**