FILED

FEB 05 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES** :
:
*v.* : **Criminal No. 07-164 (ESH)**
:
**BRYAN BEHRINGER** : **UNDER SEAL**

**ORDER**

This matter comes before the Court upon Defendant's Consent Motion to Continue Sentencing Hearing. For good cause shown, it is this 4 day of February 2008, hereby

**ORDERED**, that Defendant's Motion is hereby **GRANTED**; and it is further

**ORDERED**, that the sentencing hearing scheduled for April 18, 2008, before the Court, is hereby **VACATED**; and it is further

**ORDERED**, that the new sentencing hearing shall be held on May 2, 2008. at 10:00 am

Ellen S Huvelle
**ELLEN S. HUVELLE**
**UNITED STATES DISTRICT JUDGE**

cc: A. Eduardo Balarezo
John Cummings
Prob. Dept.