HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY   2 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-164 |
| | : | |
| vs. | : | |
| | : | |
| BEHRINGER, Bryan | : | Disclosure Date: March 28, 2008 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

[✔] There are no material/factual inaccuracies therein.

[ ] There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _4/11/08_
Prosecuting Attorney                                    Date

### For the Defendant

(CHECK APPROPRIATE BOX)

[ ] There are no material/factual inaccuracies therein

[X] There are material/factual inaccuracies in the PSI report as set forth in the attachment

_____ 4/10/08          _____ 4/10/08
Defendant              Date                    Defense Counsel         Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 11, 2008**, to U.S. Probation Officer **Kelli Cave**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32,(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
        United States Probation Officer

LAW OFFICE OF

# A. EDUARDO BALAREZO

400 FIFTH STREET, NW
SUITE 300A
WASHINGTON, DC 20001

(202) 639-0999 (TEL)
(202) 639-0899 (FAX)

WWW.BALAREZO.NET

ADMITTED IN DC, MD & NY
LAWOFFICE@BALAREZO.NET

April 10, 2008

**VIA E-MAIL**
Kelli Cave
United States Probation Officer
United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

    Re:  United States v. Bryan Behringer
        Criminal No. 07-CR-164 (ESH)

Dear Ms. Cave:

  I write to advise you of the following objections to, and factual inaccuracies, in the Pre-Trial Investigation ("PSI") Report prepared in reference to the above-captioned matter:

1. Paragraph 5 – 9 (The Offense Conduct) – Mr. Behringer objects to the recitation of the offense conduct as described in the PSI, but acknowledges his conduct as noted in the Proffer of Facts appended and agreed to in his Plea Agreement.

2. Paragraph 9 – Mr. Behringer objects to the conclusory statement that he provided a false statement to the FBI "thereby obstructing a federal investigation into the assault of Mr. Hunter."

3. Paragraph 14 – During the PSI interview, Mr. Behringer also noted that at the time he disclosed that he had made a false statement, he indicated that the "situation needed to be made right."

4. Paragraph 17 – Mr. Behringer objects to the Offense Level Computation.

    You apply USSG § 2J1.2(a) and assign a base offense level of 14 (Obstruction of Justice). Mr. Behringer pled guilty to one count of providing a false statement to a federal official in violation of 18 USC § 1001.

    Appendix A indicates that the guideline that applies is 2B1.1. USSG 2B1.1(c)(3) states that if "(A) neither subdivision (1) or (2) of this subsection applies; (B) the defendant was convicted under a statute proscribing false, fictitious, or fraudulent statements or representations generally (e.g., 18 USC § 1001, § 1341, § 1342, or § 1343); **and** (C) the conduct set forth in the count of conviction establishes an offense

LAW OFFICE OF A. EDUARDO BALAREZO

specifically covered by another guideline in Chapter Two (Offense Conduct), apply that other guideline.

The proffer agreed to relating to the offense of conviction does not establish conduct relating to obstruction of justice – only to making a false statement. The mechanical application of the base offense level for obstruction of justice (14) to offense conduct that establishes merely false statements (base offense level 6) completely eviscerates the purpose and intent of USSG § 2B1.1.

5. Paragraph 28 – Mr. Behringer's mother's name is CAROL, not Carl.

6. Paragraph 43 – Mr. Behringer first worked for three months and a half in Milwaukee; then was sent to basic training before being assigned to Superior Court. He was not transferred to Milwaukee as a result of the instant offense, he took a voluntary transfer.

If you have any questions, please do not hesitate to contact me at (202) 639-0999.

Regards,

/s/

A. Eduardo Balarezo

cc:   AUSA John Cummings (via email)

2