UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | :    **Criminal No. 07-164 (ESH)** |
| *v.* | : |
| | : |
| BRYAN BEHRINGER | : |

### DEFENDANT'S CONSENT MOTION TO MODIFY SENTENCE

Defendant Bryan Behringer, by and through undersigned counsel, hereby respectfully moves the Court to modify the sentence imposed on May 2, 2008. In support of this motion, Defendant states as follows:

1. Mr. Behringer has been sentenced by the Court as a result of his plea to one count of making false statements to the government in violation of 18 U.S.C. § 1001. On May 2, 2008, the Court sentenced him, in relevant part, to one year supervised probation including 50 hours of community service.

2. Upon his return to Wisconsin after sentencing, Mr. Behringer's father-in-law was diagnosed with terminal cancer. Mr. Behringer and his wife are very involved in her father's affairs and in assisting him with his medical treatments. Because the father lives in Michigan, Mr. Behringer must obtain permission from his probation officer every time he leaves Wisconsin.

3. Given the nature of this case, Mr. Behringer is respectfully requesting that the Court modify its sentence to convert the term of supervised probation to unsupervised probation upon completion of the 50 hours of community service. This modification would allow Mr. Behringer and his wife to travel to Wisconsin at a moment's notice and without prior authorization.

      4.    Counsel has consulted with AUSA John Cummings and the government does not oppose this request.

      **WHEREFORE**, for the foregoing reasons and any others that may become apparent to the Court, Defendant respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
      June 9, 2008                           Respectfully submitted,

                                                **LAW OFFICE OF A. EDUARDO BALAREZO**

By:   _____
       A. Eduardo Balarezo (Bar # 462659)
       400 Fifth Street, NW
       Suite 300
       Washington, DC  20001

       *Counsel for Defendant Bryan Behringer*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of June 2008, I caused a true and correct copy of the foregoing Defendants' Consent Motion to Modify Sentence to be delivered via ECF to:

> John Cummings, Esq.
> Assistant United States Attorney
> Office of the United States Attorney for the District of Columbia
> 555 Fourth Street, N.W.
> Washington, DC 20001

_____
A. Eduardo Balarezo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| *v*. : | **Criminal No. 07-164 (ESH)** |
| : | |
| **BRYAN BEHRINGER** : | |

# ORDER

This matter comes before the Court upon Defendant's Consent Motion to Modify Sentence. For good cause shown, it is this ___ day of _____ 2008, hereby

**ORDERED**, that Defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that the Judgment of the Court dated May 2, 2008, wherein the Court sentenced Defendant to a term of supervised probation for one year to include 50 hours of community service is modified to convert the period of supervised probation to unsupervised probation upon completion of the 50 hours of community service.

_____
**ELLEN S. HUVELLE**
**UNITED STATES DISTRICT JUDGE**