UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES | : | |
|---|---|---|
| | : | |
| v. | : | Criminal No. 07-164 (ESH) |
| | : | |
| BRYAN BEHRINGER | : | |

### ORDER

This matter comes before the Court upon Defendant's Consent Motion to Modify Sentence. For good cause shown, it is this ___ day of ___June___ 2008, hereby

**ORDERED**, that Defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that the Judgment of the Court dated May 2, 2008, wherein the Court sentenced Defendant to a term of supervised probation for one year to include 50 hours of community service is modified to convert the period of supervised probation to unsupervised probation upon completion of the 50 hours of community service.

ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE